FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2011 JUN 29 PM 1:32

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAIME ENRIQUE WHEELOCK,

  Petitioner,

v.          CIVIL ACTION NO.: CV211-070

ANTHONY HAYNES, Warden,

  Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Jaime Wheelock ("Wheelock") once again states that his sentence of 155 years' imprisonment constitutes cruel and unusual punishment. However, Wheelock fails to articulate how 28 U.S.C. § 2255 is inadequate or ineffective to challenge the legality of his detention. Additionally, Wheelock fails to present evidence which indicates he meets the savings clause of § 2255 and which would allow him to proceed with his claims under 28 U.S.C. § 2241.

Wheelock's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to

Dismiss is **GRANTED**. Wheelock's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of June, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)